No. 03–7380.  KEITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–7502.  LAMAR v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 03–7510.  SANCHEZ-MEDINA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–7586.  GREEN v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 03–7591.  ALLRIDGE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–7682.  CORTEZ-CRUZ, AKA CORTEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–7894.  JENNINGS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 03–7997.  MURPHY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–8023.  MORAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8049.  PERKINS v. LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 03–8051.  MENDEZ-CARISOSA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–8065.  ANDERSON v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–8096.  MORRISON v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 03–8188.  RAMOS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.